**Leon Hall, Plaintiff-Appellee, v. Oliver Gerdes, Defendant-Appellant.**

**Gen. No. 10,666.**

Fourth District.

March 10, 1966.

Ander-
son Law Offices, of Charleston (Jack H. Anderson, of counsel), and Roberts and Kepner, of Springfield (Maurice Kepner, of counsel), for appellant; Massey, Anderson, Gibson & Pearman, of Paris, for appellee. Opinion by JUSTICE CRAVEN. Not to be published in full.